UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RUBEN VALLERO, et al., | No. C15-00183 LB |
| Plaintiffs, | ***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| ASIANA AIRLINES, INC., et al., | |
| Defendants. | |
| _____/ | |

On January 13, 2015, Plaintiffs Ruben Vallero and Belen Vallero filed the instant action against Defendants Asiana Airlines, Inc. and The Boeing Company. Complaint, ECF No. 1.[1] After reviewing the complaint, it appears that the action concerns substantially the same parties and events involved in a multi-district litigation assigned to Judge Gonzales Rogers. *See In re: Air Crash at San Francisco, California on July 6, 2013*, No. 13-md-2497-YGR. Accordingly, pursuant to Civil Local Rule 3-12(c), the undersigned respectfully refers the above-captioned action to Judge Gonzales Rogers for the purposes of determining relationship to *In re: Air Crash at San Francisco, California on July 6, 2013*, No. 13-md-2497-YGR.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C15-00183 LB
REFERRAL FOR RELATIONSHIP DETERMINATION

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
LAUREL BEELER
United States Magistrate Judge